# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA CELESTE VILLAVICENCIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARRIOTT INTERNATION, INC., et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01747 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 12) |

　　　　On February 25, 2016, the parties notified the Court they had reached a settlement of the matter. (Doc. 12) They will finalize their settlement documents within 30 days. Id. Thus, the Court **ORDERS**:

　　　　1.　　The stipulated request for dismissal **SHALL** be filed no later than **April 1, 2016;**

　　　　2.　　All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED.**

　　　　**<u>Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

　　Dated:　**March 1, 2016**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE